**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Reading)**

| | |
|---|---|
| IN RE: Anita J. Shiffler<br>Debtor(s) | CHAPTER 13 |
| Ditech Financial LLC<br>Movant<br>vs.<br>Anita J. Shiffler<br>Debtor(s) | NO. 17-17951-ref |
| William Miller<br>Trustee | 11 U.S.C. Section 362 |

**ORDER**

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 5-7 East Main Street, Reinholds, PA 17569 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies.

**Date: September 9, 2018**

United States Bankruptcy Judge.

Anita J. Shiffler
P.O. Box 204
Denver, PA 17517

Michael D. Hess
Burke & Hess
1672 Manheim Pike
Lancaster, PA 17601-3028

William Miller
Interim Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100

KML Law Group, P.C.
Suite 5000 - BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532