# UNITED STATES BANKRUPTCY COURT
# IN AND FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Anita J. Shiffler** | : | **Case No.: 17-17951-ref** |
| | : | |
| | : | |
| **Debtor(s)** | : | |

## PRAECIPE TO CHANGE ADDRESS OF DEBTOR

**TO THE CLERK:**

Kindly change the mailing address of the Debtor, Anita J. Shiffler, to the following:

Anita J. Shiffler
234 S. Broad Street, Apt. 1
Lititz, PA 17543

RESPECTFULLY SUBMITTED

BURKE & HESS

**/s/ Michael D. Hess**
Michael D. Hess, Esquire
Attorney for Debtor
1672 Manheim Pike
Lancaster, PA  17601-3028
(717) 391-2911