United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 17-17951-ref
Anita J. Shiffler                                                   Chapter 13
Anita J. Shiffler
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: dlv          Page 1 of 1          Date Rcvd: Dec 06, 2018
                              Form ID: 155       Total Noticed: 2


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 08, 2018.
db              +Anita J. Shiffler,   9 Longenecker Road,   Lititz, PA 17543-8756
db              +Anita J. Shiffler,   MAILING ADDRESS,   234 S. Broad Street, Apt. 1,   Lititz, PA 17543-2324

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 6, 2018 at the address(es) listed below:
        FREDERICK L. REIGLE   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
         ecf_frpa@trustee13.com
        KEVIN G. MCDONALD   on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com
        MICHAEL D. HESS   on behalf of Debtor Anita J. Shiffler amburke7@yahoo.com
        ROLANDO  RAMOS-CARDONA   on behalf of Trustee FREDERICK L. REIGLE
         RRamos-Cardona@fredreiglech13.com
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM  MILLER*R   ecfemail@FredReigleCh13.com,  ECF_FRPA@Trustee13.com
                                                                         TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Anita J. Shiffler

          Debtor(s)

Chapter: 13

Bankruptcy No: 17−17951−ref

_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this December 6, 2018 upon consideration of the plan submitted by the debtor
under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it
appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation
hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other
applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid
before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                               Richard E. Fehling
                               Chief Judge ,
                               United States Bankruptcy Court