| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 17-17951-PMM

ANITA J SHIFFLER
9 LONGENECKER ROAD
LITITZ  PA    17543-7543

Petition Filed Date: 11/27/2017
341 Hearing Date: 02/13/2018
Confirmation Date: 12/06/2018

Case Status: Open / Unconfirmed

**RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED**

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/08/2019 | $250.00 | 46055 | 01/29/2019 | $250.00 | 46098 | 02/28/2019 | $150.00 | 46149 |
| 03/27/2019 | $125.00 | 46183 | 04/30/2019 | $125.00 | 50236 | 05/31/2019 | $125.00 | 50275 |
| 07/08/2019 | $125.00 | 50348 | 07/31/2019 | $125.00 | 50389 | 09/03/2019 | $125.00 | 49257 |
| 09/27/2019 | $125.00 | 50473 | 10/23/2019 | $125.00 | 50513 | 11/20/2019 | $125.00 | 50560 |
| 12/26/2019 | $125.00 | 50604 | 01/28/2020 | $125.00 | 50681 | 02/20/2020 | $125.00 | 54218 |
| 03/24/2020 | $125.00 | 54268 | 04/29/2020 | $125.00 | 54294 | 05/27/2020 | $125.00 | 54337 |
| 06/23/2020 | $125.00 | 54378 | 07/22/2020 | $125.00 | 54418 | | | |

**Total Receipts for the Period: $2,775.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $5,525.00**

**DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED**

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | DITECH FINANCIAL LLC<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | FIRST NATIONAL BANK OMAHA<br>»» 002 | Unsecured Creditors | $3,675.91 | $1,096.60 | $2,579.31 |
| 3 | BURKE & HESS<br>»» 003 | Attorney Fees | $3,852.22 | $3,852.22 | $0.00 |

**Chapter 13 Case No. 17-17951-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,525.00 | Current Monthly Payment: | $125.00 |
| Paid to Claims: | $4,948.82 | Arrearages: | ($25.00) |
| Paid to Trustee: | $463.68 | Total Plan Base: | $9,000.00 |
| Funds on Hand: | $112.50 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.