| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
### Chapter 13 Case No. 17-17951-PMM

ANITA J  SHIFFLER
9 LONGENECKER ROAD
LITITZ PA    17543-7543

Petition Filed Date: 11/27/2017
341 Hearing Date: 02/13/2018
Confirmation Date: 12/06/2018

Case Status: Open / Unconfirmed
## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/28/2020 | $125.00 | 50681 | 02/20/2020 | $125.00 | 54218 | 03/24/2020 | $125.00 | 54268 |
| 04/29/2020 | $125.00 | 54294 | 05/27/2020 | $125.00 | 54337 | 06/23/2020 | $125.00 | 54378 |
| 07/22/2020 | $125.00 | 54418 | 08/26/2020 | $125.00 | 54491 | 09/29/2020 | $125.00 | 54564 |
| 11/02/2020 | $125.00 | 54604 | 12/01/2020 | $125.00 | 51689 | 01/07/2021 | $125.00 | 60071 |
| 01/27/2021 | $125.00 | 60106 | 03/01/2021 | $125.00 | 60146 | 03/30/2021 | $125.00 | 60206 |
| 04/30/2021 | $125.00 | 53658 | 06/01/2021 | $125.00 | 60341 | | | |

**Total Receipts for the Period: $2,125.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $6,775.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | DITECH FINANCIAL LLC<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | FIRST NATIONAL BANK OMAHA<br>»» 002 | Unsecured Creditors | $3,675.91 | $2,247.85 | $1,428.06 |
| 3 | BURKE & HESS<br>»» 003 | Attorney Fees | $3,852.22 | $3,852.22 | $0.00 |

**Chapter 13 Case No. 17-17951-PMM**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $6,775.00 | Current Monthly Payment: | $125.00 |
| Paid to Claims: | $6,100.07 | Arrearages: | ($25.00) |
| Paid to Trustee: | $562.43 | Total Plan Base: | $9,000.00 |
| Funds on Hand: | $112.50 | | |

**<u>NOTES:</u>**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
 for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.